# Danice L. Obregón
## Attorney at Law

802 N. Carancahua, Suite 2100
Corpus Christi, TX 78401

361.688.5940
361.884.5401 (Facsimile)

September 24, 2015

*Via email: abel.acosta@txcourts.gov*

FILED IN
COURT OF CRIMINAL APPEALS

SEPTEMBER 24, 2015

ABEL ACOSTA, CLERK

Abel Acosta
Clerk, Court of Criminal Appeals
201 West 14th Street
Austin, TX 78701

RE:     *PD-1635-12; Mark Meru*

Dear Mr. Acosta,

Pursuant to our telephone conversation this morning, please consider this letter as a formal request for the return of the Reporter's Record in PD-1635-12 to the 13th Court of Appeals for use in Mr. Meru's pending appeal bearing Cause Number 13-15-340-CR. I have spoken with Assistant District Attorney Doug Norman, and he agrees to the return of the record for this purpose. Thank you for your consideration and please feel free to contact me should you have any questions.

Sincerely,

/s/ Danice L. Obregon
Danice L. Obregon
Attorney at Law

cc: Doug Norman, ADA